■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN JOSEPH BOYLE, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Kings County, entered December 11, 1963, which denied without a hearing his application to vacate a judgment of said court, rendered November 3, 1961 after a jury trial, convicting him of robbery in the first degree, and imposing sentence. The judgment of conviction was previously affirmed by this court (20 A D 2d 722; motion for rearg. den. March 24, 1964; motion for leave to appeal den. July 13, 1964 [Fuld, J.]; cert. den. 380 U. S. 980). Order reversed on the law and the facts, and proceeding remitted to the Supreme Court, Kings County, for the purpose of (a) holding a hearing as to the issues raised by the defendant; and (b) making a determination *de novo* on the basis of the proof adduced at the hearing. Christ, Acting P. J., Hill, Rabin, Hopkins and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CASPER BAKER GARY, Appellant.— In a *coram nobis* proceeding, defendant appeals: (1) from an order of the Supreme Court, Kings County, entered November 4, 1964, which denied without a hearing his application to vacate a judgment of the former County Court, Kings County, rendered November 24, 1959 on his plea of guilty, convicting him of robbery in the first degree (unarmed), and imposing sentence; and (2) from an order of said court, entered January 4, 1965 upon reargument, which adhered to the original decision. Appeal from the order entered November 4, 1964 dismissed. That order was superseded by the subsequent order (Code Crim. Pro., § 524-b; *People* v. *Calero,* 23 A D 2d 698; *People* v. *Smith,* 12 A D 2d 667). Order entered January 4, 1965 affirmed. The appeal has no merit (cf. *People* v. *Gary,* 19 A D 2d 863; *People ex rel. Pannone* v. *Fay,* 16 A D 2d 946; *People ex rel. Spinney* v. *Fay,* 18 A D 2d 722). Ughetta, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.